735 A.2d 705

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Andrew Keith SCHWEITZER, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 11, 1999.

Decided Sept. 9, 1999.

James B. Martin, District Attorney, Patricia H. Dervish, Allentown, for Com.

Michael Brunnabend, Allentown, for Andrew Schweitzer.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

Insofar as it is consistent with our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Lehigh County Court of Common Pleas dated November 18, 1998. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.